Plaintiff's Name Daniel Noble
Inmate No. BC4700
Address CTF: North W-B/113UP
P.O. Box 705
Soledad, Ca. 93960

**FILED**

NOV 22 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

_____
(Name of Plaintiff)
Daniel Noble
              vs.
Warden-Kimberly Seibel
DVI, State Prison
_____
_____
_____
_____
_____
(Names of all Defendants)

2:17-CV-2468 AC (PC)
(Case Number)

COMPLAINT

Civil Rights Act, 42 U.S.C. § 1983

I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):

   A.   Have you brought any other lawsuits while a prisoner? Yes ___ No ✓

   B.   If your answer to A is yes, how many? _____
        Describe previous or pending lawsuits in the space below.
        (If more than one, use back of paper to continue outlining all lawsuits.)

        1. Parties to this previous lawsuit:

        Plaintiff _____

        Defendants _____
        _____
        _____

        2. Court (if Federal Court, give name of District; if State Court, give name of County)
           Eastern District of California

        3. Docket Number _____   4. Assigned Judge _____

        5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
           _____

        6. Filing date (approx.) _____   7. Disposition date (approx.) _____

1

II. Exhaustion of Administrative Remedies

    A. Is there an inmate appeal or administrative remedy process available at your institution?

    Yes X   No __

    B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

    Yes X   No __

    If your answer is no, explain why not _____

    C. Is the process completed?

    Yes X   If your answer is yes, briefly explain what happened at each level.

They meaning Warden Kimberly Seibel and the water company Jaime Rodriquez state on paper that the water poses know threat, but it gave me diarrea, head aches and stomache cramps which I still get after 8 months later

    No __   If your answer is no, explain why not.

NOTICE: Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

    A. Defendant Warden-Kimberly Seibel is employed as Warden-DVI State Prison at DVI State Prison

2

B. Additional defendants Jaime Rodriguez the Chief Engineer at DVI water department

IV. **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

I arrived at DVI State Prison in Tracy California on March 10, 2017. My first day there I put in a Medical form to see doctor because of diarrea, Head aches and stomach cramps do to drinking the water out of the sink in my cell. They prescribed me diarrea medication and that was it. On around March 16, 2017 a water memo was passed out stating that previously in 2016 all four water wells was tested, but 1 and it had traces of nitrate which is fertilizer pollutants that is for making bombs and cow feces as well. They told us in the memo that do to the water being polluted don't drink the water so they gave us 4 gallons of water to drink well I drink more water then that a week so I was forced to drink the water out of the sink this is cruel and unusual treatment

V. **Relief.**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like the courts to give me Counsel due to me being in the Mental Health Program here in Prison. I am ask the courts to give me a voice and my own investigator to have the water tested at the DVI State Prison. They gave me a copy of the results of the water through an independant water lab, but do to my Education and Mental State I can not understand that copy. I would like Counsel to represent me.

I declare under penalty of perjury that the foregoing is true and correct.

Date 11-18-17     Signature of Plaintiff  Daniel McKee

(revised 6/01/04)

3